**Order entered February 2, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-17-00081-CV

## ALFREDO BERNAL, JR, Relator

**Original Proceeding from the County Criminal Court No. 8
Dallas County, Texas
Trial Court Cause No. M16-23931-J**

## ORDER

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus.

/s/     DAVID L. BRIDGES
        JUSTICE